UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JAMES MONTE STOGSDILL, | CASE NO. C12-5195 RJB-JRC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ROBERT HERZOG, | |
| Respondent. | |

Petitioner has complied with the Court's order and filed a motion changing the caption in this petition so that the respondent is Robert Herzog (ECF No. 7). The Court grants the motion. The Clerk is directed to change the case caption.

Dated this 8th day of May, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1